JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRICAL ELECTRONIC CONTROL, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 10-6431 R (FFMx)<br><br>ASSIGNED TO THE HONORABLE JUDGE MANUEL L. REAL<br><br>[~~PROPOSED~~] JUDGMENT |

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant Electrical Electronic Control, Inc., a California corporation, and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Trustees of the National Labor-Management Cooperation Committee, the Los Angeles Electrical Workers Credit Union, Trustees of the Inland Empire IBEW-NECA Labor-Management Cooperation Committee, Trustees of the Inland Empire IBEW-NECA Health Trust Fund, Trustees of

-1-

the San Bernardino County Electrical Educational and Training Trust Fund, and the National Electrical Industry Fund,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Trustees of the National Labor-Management Cooperation Committee, the Los Angeles Electrical Workers Credit Union, Trustees of the Inland Empire IBEW-NECA Labor-Management Cooperation Committee, Trustees of the Inland Empire IBEW-NECA Health Trust Fund, Trustees of the San Bernardino County Electrical Educational and Training Trust Fund, and the National Electrical Industry Fund shall recover from Electrical Electronic Control, Inc., a California corporation, the principal amount of $58,442.84, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: 12/21/10

_____
UNITED STATES DISTRICT JUDGE
FOR MANUEL L. REAL